IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWIGHT BELTON, P04485, | ) | |
| Plaintiff(s), | ) | No. C 16-6902 CRB (PR) |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| SHAWN HATTON, Warden, et al., | ) | (ECF No. 2) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On December 12, 2016, the post office returned the court's mail to plaintiff as undeliverable.  Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

But based solely on his affidavit of poverty, plaintiff's application for leave to proceed in forma pauperis (ECF No. 2) is GRANTED.

SO ORDERED.

DATED: February 14, 2017

CHARLES R. BREYER
United States District Judge